# United States District Court
## Violation Notice

CS-81

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3953309 | HINDS | 394 |

3953309

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 02/19/2016 1123 | CVC 12500(a) |

Place of Offense: 720 E. SAN YSIDRO BLVD

Offense Description; Factual Basis for Charge   HAZMAT ☐

UNLICENSED DRIVER
NON-ISSUED

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| MORENO | OMAR | |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 8J86073 | CA | 17 | TOY | | SILV |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 100 00 Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ 105 Total Collateral Due

### YOUR COURT DATE

Court Address: 221 W. BROADWAY, SAN DIEGO, CA 92101
Date: TBD
Time: TBD

X Defendant Signature

(Rev. 01/2011)   Original - CVB Copy

CVB SCAN MAR 09, 2016 09:19

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 19 FEB, 20 16 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

WHILE PATROLLING THE VEHICLE INSPECTION LOT OF THE SAN YSIDRO LAND PORT OF ENTRY I OBSERVED A SILVER IN COLOR TOYOTA PICK-UP WITH CA/ 8J86073, OPERATED BY MORENO, OMAR ENTER INTO THE VEHICLE INSPECTION AREA. A CHECK OF MORENO D/L SHOWED HE WAS NEVER ISSUED A VALID CALIFORNIA D/L. MORENO WAS OPERATING THE MOTOR VEHICLE WHILE UNLICENSED. A VIOLATION OF CVC 12500(a).

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/29/2016   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN MAR 09, 2016 09:19